UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BUZZ WILLYS JACKSON, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | C.A. NO. C-06-019 |
| | § | |
| DOUG DRETKE, DIRECTOR | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE - | § | |
| INSTITUTIONAL DIVISION, | § | |
|     Respondent. | § | |

## MEMORANDUM OPINION AND ORDER GRANTING RESPONDENT'S MOTION TO DISMISS

On June 7, 2006, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 10). After ample opportunity, no objections have been filed by either party. This Court regards such omission as each party's agreement with and acceptance of the Magistrate Judge's findings of fact and conclusions of law. Having reviewed the pleadings on file, the Court finds no clear error in the Magistrate Judge's Memorandum and Recommendation. *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). This Court adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, respondent's Motion to Dismiss (D.E. 8) is granted and petitioner's cause of action for habeas corpus relief is dismissed with prejudice. In the event that

petitioner seeks a certificate of appealability his request is denied.

ORDERED this ___3___ day of August, 2006.

*Hayden Head*
HAYDEN HEAD
CHIEF JUDGE